UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIAM POSTON, | ) |
| Plaintiff, | ) Case No. 3:22-cv-89 |
| v. | ) Judge Atchley |
| SERGEANT C-4 F/N/U MALICOTE, | ) Magistrate Judge McCook |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed herewith, this prisoner's pro se complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b). Further, because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Charles E. Atchley Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

/s/ *LeAnna R. Wilson*
**LEANNA R. WILSON**
**CLERK OF COURT**