UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIAM POSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:22-CV-89-JEM ) |
| SERGEANT C-4 F/N/U MALICOTE, | ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, the Court **GRANTS** Defendant's motion for summary judgment [Doc. 35], and this action is fully and finally **DISMISSED**.

Because the Court **CERTIFIED** in its Memorandum Opinion that any appeal from this Order would not be taken in good faith, Plaintiff is **DENIED** leave to proceed in forma pauperis on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

**SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT